AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| FLORIDA FAIR HOUSING ALLIANCE, INC. <br><br> *Plaintiff(s)* <br> v. <br> FL RIVERMILL LLC <br> d/b/a RIDGESTONE APARTMENTS <br><br> *Defendant(s)* | Civil Action No. 20cv24507 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FL RIVERMILL LLC
7771 NW 146TH ST.
MIAMI LAKES, FL 33016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jibrael S. Hindi, Esq.
E-mail: jibrael@jibraellaw.com
Phone: 954-907-1163
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, Suite 1700
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Mary Etienne
Deputy Clerk
U.S. District Courts

Date:  11/03/2020