UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24507-CIV-ALTONAGA

FLORIDA FAIR HOUSING
ALLIANCE, INC.,

      Plaintiff,

v.

FL RIVERMILL, LLC,

      Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  Plaintiff, Florida Fair Housing Alliance, Inc., filed this action on November 2, 2020 against Defendant, FL Rivermill, LLC.  (*See generally* Compl. [ECF No. 1]).  Plaintiff served Defendant on November 30, 2020.  (*See generally* Return of Service [ECF No. 4]).  To date, Defendant has failed to appear in this action.

Accordingly, it is

**ORDERED** that Plaintiff, Florida Fair Housing Alliance, Inc., shall submit a *motion for entry of clerk's default* against Defendant, FL Rivermill, LLC by **December 28, 2020**.  Plaintiff shall certify serving the motion on Defendant, indicating the address of service.  Plaintiff's failure to file the *motion for entry of clerk's default* within the specified time may result in **dismissal** of this action without prejudice and without further notice. Plaintiff is not required to file a joint scheduling report (*see* Dec. 1, 2020 Order [ECF No. 5]), unless Defendant appears.

CASE NO. 20-24507-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2020.

CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

cc:     counsel of record