## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24507-CMA

FLORIDA FAIR HOUSING
ALLIANCE, INC.,

    Plaintiff,

vs.

FL RIVERMILL, LLC, d/b/a
RIDGESTONE APARTMENTS,

    Defendant.
_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff **Florida Fair Housing Alliance, Inc.**, moves the Clerk to enter a Default against Defendant **FL RiverMill, LLC, d/b/a Ridgestone Apartments** ("Defendant"). Plaintiff effectuated service of the summons and operative complaint on Defendant on November 30, 2020. *See* D.E. 4. Defendant's failure to plead or otherwise defend is evidenced by the record, in that, to date, no filings whatsoever have been submitted by Defendant.

DATED: December 28, 2020

Respectfully Submitted,

  /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 28, 2020, a copy of the Order directing Plaintiff to submit a motion for entry of clerk's default, *see* D.E. 6, and a copy of this Motion for Entry of Clerk's Default, was mailed to Defendant at: 7771 NW 146th Street, Miami, Florida 33016

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com