UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24507-CIV-ALTONAGA

**FLORIDA FAIR HOUSING**
**ALLIANCE, INC.**,

    Plaintiff,

v.

**FL RIVERMILL, LLC**,

    Defendant.
_____ /

## ORDER ON DEFAULT FINAL JUDGMENT PROCEDURE

**THIS CAUSE** is before the Court upon the Clerk's Default [ECF No. 8], entered on December 29, 2020. Upon review of the record, it appears that Defendant, FL Rivermill, LLC, has failed to respond to the Complaint [ECF No. 1] or otherwise appear in this action.

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff must file a *motion for default final judgment* by January 6, 2021. The *motion for default final judgment* must include affidavits of any sum certain due by Defendant and any other supporting documentation necessary to determine Plaintiff's measure of damages. The *motion* shall also be accompanied by (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. section 3931(b), if applicable; (2) a proposed order; and (3) a proposed final judgment. (These last two are required by Local Rule 7.1(a)(2)). Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in Word format** to altonaga@flsd.uscourts.gov. Plaintiff shall send a copy of the *motion* to Defendant's counsel, or to Defendant, if it does not have counsel.

CASE NO. 20-24507-CIV-ALTONAGA

In the certificate of service, Plaintiff shall indicate that notice was sent and the address where notice was sent.

If Defendant fails to move to set aside the Clerk's Default or respond to the *motion for default final judgment* within the time permitted by the Rules, default final judgment may be entered. This simply means Plaintiff may be able to take Defendant's property or money and obtain other relief against Defendant.

Plaintiff's failure to file for a *motion for default final judgment* within the specified time will result in a **dismissal** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2020.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record