UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24507

FLORIDA FAIR HOUSING
ALLIANCE, INC.,

    Plaintiff,

v.

FL RIVERMILL LLC
d/b/a RIDGESTONE APARTMENTS,

    Defendant.
_____/

## **NOTICE OF PENDING SETTLEMENT**

Plaintiff Florida Fair Housing Alliance, Inc., by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 5, 2021

                                                  Respectfully Submitted,

                                                /s/ Thomas Patti                            .
                                               **JIBRAEL S. HINDI, ESQ.**
                                               Florida Bar No.: 118259
                                               E-mail:    jibrael@jibraellaw.com
                                               **THOMAS J. PATTI, ESQ.**
                                               Florida Bar No.: 118377
                                               E-mail:    tom@jibraellaw.com
                                               The Law Offices of Jibrael S. Hindi
                                               110 SE 6th Street, Suite 1744
                                               Fort Lauderdale, Florida 33301
                                               Phone:    954-907-1136
                                               Fax:         855-529-9540
                                               *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 5, 2021, the forgoing was electronically filed via the Court's CM/ECF system on all counsel of record.

        /s/ Thomas Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com